# Third District Court of Appeal

## State of Florida

Opinion filed September 4, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-0015
Lower Tribunal No. F19-1192A
_____

**Alex Brown,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Richard Hersch, Judge.

Carlos J. Martinez, Public Defender, and Susan S. Lerner, Assistant Public Defender, for appellant.

Ashley Moody, Attorney General, and Sandra Lipman, Senior Assistant Attorney General, and Gabrielle M. Argimon, Certified Legal Intern, for appellee.

Before LINDSEY, LOBREE, and BOKOR, JJ.

PER CURIAM.

Affirmed.  See, e.g., Wendt v. State, 19 So. 3d 1024, 1027 (Fla. 3d DCA 2009) ("The defendant also challenges the trial court's summary denial of her motion to withdraw her plea. As the record before us conclusively refutes [defendant's] claim and [defendant] has failed to demonstrate that a manifest injustice has occurred, we affirm.").